LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1003 Bishop Street, Suite #2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
E-mail: Hawaii.defender@earthlink.net
ATTORNEY FOR DEFENDANT MATTHEW BERCKMANN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BERCKMANN,<br><br>Defendant. | CR. NO. 17-00710 SOM<br><br>DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER |

DEFENDANT'S STIPULATED MOTION FOR EXTENTION OF TIME

AND ORDER

Comes now, the Defendant Matthew Berckmann, by and through his counsel, Lars Robert Isaacson, Esq., and hereby states and avers:

1. This Court has ordered that 1) Defendant's Amended Motion for New Trial and 2) Defendant's Notice as to whether he will call live witnesses at a hearing on said Motion be filed by noon on Friday, August 10, 2018;

2. That defense counsel needs additional time to prepare these documents and comply with this Court's deadlines;

3. That defense counsel respectfully requests that this court grant an extension of the current deadline and to order that such documents be filed no later than Monday, August 13, 2018.

4. That on August 9, 2018, Assistant United States Attorney Michael Albanese, Esq. indicated the Plaintiff United States of America does not oppose this motion.

WHEREFORE, this court hereby orders: 1) Defendant's Amended Motion for New Trial and 2) Defendant's Notice as to whether he will call live witnesses at a hearing on said Motion be filed no later than August 13, 2018.

Dated: August 10, 2018        Honolulu, Hawai'i

*/s/ Susan Oki Mollway*
HON. SUSAN OKI MOLLWAY
U.S. District Judge




Approved and agreed:

Dated 8/10/18      Honolulu, HI

_____
MICHAEL ALBANESE, ESQ.
Assistant United States Attorney



Dated 8/10/18      Honolulu, HI

   */s/ Lars Isaacson*
LARS ROBERT ISAACSON
Attorney for Defendant Matthew Berckmann